722

Commonwealth *v.* Loach, Appellant.

Submitted September 12, 1975. *John W. Packel*, Assistant Defender, and *Benjamin Lerner*, Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* McGonigle, Appellant.

Submitted September 8, 1975. *Arthur R. Sagoskin*, Assistant Public Defender, for appellant; *Martin J. King*, Deputy District Attorney, *Stephen B. Harris*, First Assistant District Attorney, and *Kenneth G. Biehn*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.